IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DAVID MINOR, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:21-cv-00237-KWR-GBW |
| MARIBEL RAMIREZ JUAREZ, d/b/a TRANSPORTES JIREH and LUIS ALBERTO RAMIREZ JUAREZ, | § § § § § | |
| Defendants. | § | |

**ORDER ON STIPULATION OF DISMISSAL
WITH PREJUDICE OF ALL CLAIMS**

Came on to be considered the *Joint Stipulation of Dismissal of All Claims* (**Doc. 38**) of Plaintiff DAVID MINOR in favor of Defendants MARIBEL RAMIREZ JUAREZ d/b/a TRANSPORTES JIREH and LUIS ALBERTO RAMIREZ JUAREZ (collectively the "Parties") and announce that all claims and causes of action in controversy by and between all Parties have been fully and finally compromised and settled.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims, cross-claims and causes of action in controversy by and between all Parties are hereby **DISMISSED WITH PREJUDICE.** All costs of court and fees are to be borne by the party incurring same.

**SIGNED** this **16ᵀᴴ** day of **MAY 2022.**

IT IS SO ORDERED.

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM AND SUBSTANCE:**


_____
Russell Taylor Jackson
521 Starr Street
Corpus Christi, Texas 78401
rjackson-svc@thomasjhenrylaw.com
*Attorney for Plaintiff*


_____
Raymond Benavides, III
MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN, P.C.
100 N. Stanton, Suite 1000
El Paso, TX 79901
rbenavides@mgmsg.com
*Attorneys for Defendants*